■ DARYL E. TOMBS et al., Appellants, v MICHAEL G. MERRICK et al., Respondents. [787 NYS2d 195]—Peters, J.P. Appeal from an order of the Supreme Court (O'Shea, J.), entered December 8, 2003 in Schuyler County, which granted defendants' motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Judith F. O'Shea.

Carpinello, Mugglin and Lahtinen, JJ., concur. Ordered that the order is affirmed, with costs.